CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
LAUREN COLLINS (Bar No. 240173)
(E-Mail: Lauren_Collins@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-3806
Facsimile: (213) 894-0310
SAIVANDANA PETERSON (Bar No. 320265)
(E-Mail: Vandana_Peterson@fd.org)
Deputy Federal Public Defender
411 West Fourth Street Suite 7110
Santa Ana, CA 92701
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

*Attorneys for Petitioner*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERIC WAYNE BENNETT,<br><br>            Petitioner,<br><br>      v.<br><br>TRAVIS PENNINGTON, Warden,<br><br>            Respondent. | No. CV 18-07524-MWF<br><br>**DEATH PENALTY CASE**<br><br>**PETITIONER'S STATUS REPORT ON STATE EXHAUSTION PROCEEDINGS** |

Pursuant to this Court's Order (Dkt. 31), Petitioner Eric Wayne Bennett, by and through counsel, hereby notifies the Court of the status of his state habeas proceedings.

On April 26, 2021, Bennett filed his Petition for Writ of Habeas Corpus in the California Supreme Court, *In re Bennett*, case no S26844. On May 26, 2021, the California Supreme Court transferred the case to the Superior Court of California, County of Orange, pursuant to California Penal Code section 1509.

The case was assigned to Judge Patrick H. Donahue, *In re Bennett*, case no. HC 66-00013. The superior court scheduled a status conference for November 14, 2025. The petition remains pending.

                                        Respectfully submitted,

                                        CUAUHTEMOC ORTEGA
                                        Federal Public Defender

DATED: March 31, 2025        By */s/ Saivandana Peterson*
                                        SAIVANDANA PETERSON
                                        LAUREN COLLINS

                                        Deputy Federal Public Defenders
                                        *Attorneys for Petitioner*